IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TAMMI HOGGARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number:  1:22cv1013 |
| | ) | |
| NEW YORK LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR SUBSTITUTION

Defendant New York Life Insurance Company ("New York Life"), with the agreement of Plaintiff Tammi Hoggard ("Plaintiff"), by her counsel, and for good cause shown, hereby moves this Court to (1) dismiss New York Life Insurance Company without prejudice and substitute Life Insurance Company of North America ("LINA") as the sole Defendant, and (2) change the caption of the case to reflect that change.  A sketch order granting the relief requested above is attached.

The parties waive a hearing on this motion.

WHEREFORE, Defendant New York Life Insurance Company hereby requests that the Court grant this motion to substitute Life Insurance Company of North America as the Defendant in place of New York Life Insurance Company, which should be dismissed without prejudice, and to change the caption of the case to reflect the same.

NEW YORK LIFE INSURANCE COMPANY
/s/ David E. Constine, III
David E. Constine, III, VSB No. 23223
david.constine@troutman.com
Andrew J. Henson, VSB No. 95622
andrew.henson@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of September, 2022, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of the

foregoing to:

> Benjamin W. Glass, III Esquire
> Benjamin W. Glass, III & Assoc., PC
> 3998 Fair Ridge Drive, #250
> Fairfax, VA 22033
> (703) 591-9829
> FAX: (703) 783-0686
> Email:  Ben@BenGlassLaw.com
> *Counsel for Plaintiff*

/s/ David E. Constine, III